LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, NJ 07040
Ph: 973-313-1200
E-Mail: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTORS
By: Bruce H. Levitt (BL9302)

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

MICHAEL JOSEPH AGOLIA and
LINDA ROSSI

Debtor.

Chapter 7

Case No.: 16-13291 (MBK)

SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of the law firm of Levitt & Slafkes, P.C. as counsel to the Debtors in the above captioned matter.

LEVITT & SLAFKES, P.C.
Successor Counsel

By: /s/ Bruce H. Levitt
Bruce H. Levitt, Esq.

LAW OFFICE OF MICHAEL
K. CHONG, LLC
Withdrawing Counsel

By: /s/ Michael K. Chong
Michael K. Chong, Esq.

Dated: July 12, 2016