GACCIONE POMACO, P.C.
A Professional Corporation
Joseph Cicala, Esq. (045981994)
524 Union Avenue
P.O. Box 96
Belleville, New Jersey 07109
(T)(973) 759-2807
(F)(973) 759-6968
**Attorneys for Kearny Bank**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

MICHAEL JOSEPH AGOLIA
AND LISA ROSSI

      Debtors.

CHAPTER 13

CASE NO.  16-13291-MBK

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:    Michael Joseph Agolia and Lisa Rossi
Case No.:   16-13291-MBK
Caption of Order:   ORDER VACATING AUTOMATIC STAY

---

Upon the motion of Creditor, Kearny Bank, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as herein set forth, and for good cause shown, it is

**ORDERED** that the automatic stay be and is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

__X__   Real property more fully described as:

**5 Everett Court
West Caldwell, New Jersey  07006**

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

## SERVICE LIST

**Honorable Michael B. Kaplan**
United States Bankruptcy Court

**Bruce H. Levitt, Esq. (Attorney for Debtors)**

**Albert Russo, Esq. (Trustee)**

{00412118}