# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

In re:                                              Case No. 16-13291 / MBK

    Michael Joseph Agolia

    Lisa Rossi

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Albert Russo, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 02/24/2016, and was converted to chapter 13 on 09/01/2016.

2)  The plan was confirmed on 11/14/2017.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/19/2018.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/01/2018, 07/10/2018, 05/29/2019.

5)  The case was dismissed on 06/12/2019.

6)  Number of months from filing to last payment: 28.

7)  Number of months case was pending: 36.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $3,247.16.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $81,600.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$81,600.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $30,532.62 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $5,134.00 | |
| Other | $5,121.44 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$40,788.06** |

| | | |
|---|---|---|
| Attorney fees paid and disclosed by debtor: | $3,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY BANK LEASE TRUST | Secured | 25,000.00 | 10,260.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 6,596.00 | 3,303.38 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Express Centurion Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Express Centurion Bank | Unsecured | 20,642.00 | 21,217.22 | 21,217.22 | 3,483.09 | 0.00 |
| American Express Centurion Bank | Unsecured | 17,754.82 | 18,680.49 | 18,680.49 | 3,066.66 | 0.00 |
| Bank of America | Unsecured | 33,225.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES NA LLC | Secured | 9,854.00 | 9,096.00 | 0.00 | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES NA LLC | Unsecured | 10,233.00 | 7,271.41 | 7,271.41 | 1,193.70 | 0.00 |
| CAPITAL ONE, NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, NA | Unsecured | 594.51 | 677.15 | 677.15 | 111.16 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | 717.00 | 767.29 | 767.29 | 125.96 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | NA | 581.39 | 581.39 | 95.44 | 0.00 |
| CBNA | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| CLAUDIO RICARDO DA COSTA MEN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLAUDIO RICARDO DA COSTA MEN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL B | Unsecured | 530.00 | 2,328.20 | 2,328.20 | 382.20 | 0.00 |
| DEPARTMENT STORE NATIONAL B | Unsecured | 1,425.58 | 1,667.55 | 1,667.55 | 273.75 | 0.00 |
| DEPARTMENT STORE NATIONAL B | Unsecured | 3,026.35 | 3,208.28 | 3,208.28 | 526.69 | 0.00 |
| DIEGO BATISTA-SANTOS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DIEGO BATISTA-SANTOS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,595.00 | 8,342.61 | 8,342.61 | 1,369.55 | 0.00 |
| Disney Vacation Development Inc. | Secured | 9,030.00 | NA | NA | 0.00 | 0.00 |
| Disney Vacation Development Inc. | Secured | 9,030.00 | NA | NA | 0.00 | 0.00 |
| GIANCARLO BATISTA-SANTOS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GIANCARLO BATISTA-SANTOS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IVONALDO BRITO ANDRADE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IVONALDO BRITO ANDRADE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| KEARNY BANK | Secured | 622,039.53 | 622,008.14 | 3,333.09 | 3,333.09 | 0.00 |
| LAKELAND BANK | Unsecured | 8,672.56 | 8,919.97 | 8,919.97 | 1,464.33 | 0.00 |
| MARCIO RIBEIRO | Unsecured | NA | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MARCIO RIBEIRO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Neiman Marcus | Unsecured | 717.31 | NA | NA | 0.00 | 0.00 |
| Nordstrom | Unsecured | 3,792.83 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | NA | 541.02 | 541.02 | 88.82 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 231.09 | 303.67 | 303.67 | 49.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 82.58 | 6,235.31 | 6,235.31 | 1,023.61 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 6,208.23 | 6,595.45 | 6,595.45 | 1,082.73 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 284.05 | 502.95 | 502.95 | 82.57 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | NA | 132.55 | 132.55 | 21.76 | 0.00 |
| PYOD LLC | Unsecured | NA | 292.72 | 292.72 | 48.05 | 0.00 |
| PYOD LLC | Unsecured | NA | 261.94 | 261.94 | 43.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 633.64 | 731.14 | 731.14 | 120.03 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 82.58 | 151.86 | 151.86 | 24.93 | 0.00 |
| Raymour & Flanigan | Unsecured | 5,195.88 | NA | NA | 0.00 | 0.00 |
| ROBERT WISNIEWSKI, P.C. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ROBERT WISNIEWSKI, P.C. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL | Secured | 4,157.22 | 2,475.94 | 797.85 | 797.85 | 0.00 |
| SHEFFIELD FINANCIAL | Secured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| STATE OF NEW JERSEY DIVISION O | Priority | 6,931.44 | NA | NA | 0.00 | 0.00 |
| State Of NJ- Div Of Employer Accts | Unsecured | 23,516.09 | NA | NA | 0.00 | 0.00 |
| Syncb/PLCC | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JCP | Unsecured | 458.96 | NA | NA | 0.00 | 0.00 |
| TD RETAIL CARD SERVICES | Unsecured | NA | 5,232.88 | 5,232.88 | 859.05 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 237.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF LABOR/WAGE | Unsecured | 54,689.16 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 100,000.00 | 100,416.67 | 100,416.67 | 16,484.76 | 0.00 |
| WELLS FARGO BANK, NA | Secured | 180,117.98 | 178,301.53 | 4,659.31 | 4,659.31 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,992.40 | $7,992.40 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $797.85 | $797.85 | $0.00 |
| **TOTAL SECURED:** | **$8,790.25** | **$8,790.25** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$195,059.72** | **$32,021.69** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $40,788.06 |
| Disbursements to Creditors | $40,811.94 |
| **TOTAL DISBURSEMENTS** : | **$81,600.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/21/2019

By: /s/ Albert Russo

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**